IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD A. BRYANT**                                                              **PLAINTIFF**

v.                           **CASE NO. 4:25-CV-00976-BSM**

**USA**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE